IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARNULFO GARCIA,

        Petitioner,

  v.

JAMES YATES, Warden,

        Respondent.
                                      /

No. CV-06-1958 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** As to each of petitioner's claims, the Court concludes the state court's determinations were neither contrary to, nor unreasonable applications of, clearly established Supreme Court precedent, nor were they based on an unreasonable determination of the facts in light of the evidence presented. Accordingly, the petition for a writ of habeas corpus is hereby DENIED.

Dated: December 22, 2008                              Richard W. Wieking, Clerk

                                                                                     *Tracy Lucero*

                                                                            By: <u>Tracy Lucero</u>
                                                                             <u>Deputy Clerk</u>